# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
MAY 30 2012
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| William Joseph Graham | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 3:12cv365 |
| AllianceOne Receivables Management, Inc. | ) |
| Defendant | ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*

AllianceOne Receivables Management, Inc., d/b/a
AllianceOne, Inc.
c/o CT Corporation System, Registered Agent
4701 Cox Road, Suite 301, Glen Allen, VA 23060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, VA 23803

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Fernando Galindo, Clerk**
Name of clerk of court

Date: MAY 14 2012

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Service Authorization

CT Corporation System is registered agent for various corporations, limited liability companies and partnerships. The following persons are designated in the office of the corporation upon whom any process, notice or demand may be served as representatives of the Corporation.

Tinika C. Baylor

Katie E. Bush

Teresa Brown

Adam Carr

Dacia Jamison

Tyler Puryear

Lisa Uttech

This authorization pertains to the authority of individuals to receive process on behalf of CT Corporation System, Business Filings Incorporated, and National Registered Agents, Inc. It does not certify the receipt or acceptance of any specific process.

_____
Lisa Uttech
Corporate Operations Manager
CT Corporation System
A Wolters Kluwer Company


State of Virginia
County of Henrico


This day personally appeared before me, Lisa Uttech, whose name is signed above and who, being first duly sworn, upon her oath, states that the foregoing Affidavit is true to the best of her knowledge and belief.

Subscribed and sworn before me this 17 day of April, 2012

#286304

_____
Notary Public

8/31/12

## The Marston Agency, Inc.
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

### RETURN ON SERVICE

| | | | |
|---|---|---|---|
| **Plaintiff:** | William Joseph Graham | **Court:** | United States District Court |
| **Defendant:** | AllianceOne Receivables Management, Inc | **Case:** | 3:12cv365 |
| **Serve:** | AllianceOne Receivables Management, Inc d/b/a AllianceOne, Inc R/A Ct Corporation System 4701 Cox Road, Suite 301 Glen Allen, VA 23060 | **Return Date:** **Time:** | |
| **Contact:** | Dale W. Pittman 112 - A West Tabb Street Petersburg, VA 23803 | **Phone:** | (804) 861-6000 |

**Type(s) of Writ(s)**  paper:1438793

Summons and Complaint

Witness/Defendant AllianceOne Receivables Management, Inc d/b/a AllianceOne, Inc was served according to law, as indicated below:
( ) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.
( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.
( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.
(X) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.
( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.
( ) Certified Mail
( ) Not Found
( ) Served on Secretary of the Commonwealth

I, __W J Marston__ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

**Served Date:** 5-18-12    **Served Time:** 0930

_____
Signature of Process Server

Notary
**State of:** Virginia   **County/City of:** Henrico, Norfolk, Prince William.

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn and subscribed before me this 24 day of May/Jun 20 12

Notary Public: _____

| Type of Service: A Attempts | Auth Attempts: 1 -1- | Order: 271144 -2- | 1 Day Rush: No -3- | 2 Day Rush: No -4- | -5- | -6- |
|---|---|---|---|---|---|---|
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS -**

Dacia Jamison, per affidavit

